NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUMMINS INC.,**
*Plaintiff-Appellant,*

v.

**TAS DISTRIBUTING COMPANY, INC.,**
*Defendant-Appellee.*

---

2010-1134

---

Appeal from the United States District Court for the Central District of Illinois in case no. 09-CV-1096, Judge Joe Billy McDade.

---

**ON MOTION**

---

**ORDER**

TAS Distributing Company, Inc. moves for a 41-day extension of time, until May 31, 2011, to file its brief. The court notes that this motion was previously granted on April 6, 2011. TAS Distributing Company, Inc.'s brief is due May 31, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

<u>MAY 0 3 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Jonathan R. Spivey, Esq.
     Karen L. Kendall, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 03 2011

JAN HORBALY
CLERK